# UNITED STATES DISTRICT COURT
для
District of Massachusetts

SEALED

United States of America
v.
DEVIN SLOANE

Case No. 19-MJ-6087-MPK

*Defendant*

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2019 MAR 11 P 1: 23

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DEVIN SLOANE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
2019 MAR 14 AM 9: 17

Date: 03/11/2019

*Issuing officer's signature*

City and state: Boston, MA

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY FBI
ARREST/ARRAIGNMENT OF
DEFENDANT ON 3/12/19

*Arresting officer's signature*

*Printed name and title*