UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 19-MJ-06087-MPK |
| DEVIN SLOANE | ) | |
| Defendant. | ) | |

**DEFENDANT DEVIN SLOANE'S MOTION TO CONTINUE**

Defendant Devin Sloane respectfully requests that the Court continue the date for his initial appearance in this matter currently scheduled for April 3, 2019 – to April 12, 2019 or such other date thereafter as is convenient for the Court. As grounds for this motion, Mr. Sloane states as follows:

1. On March 12, 2019 Mr. Sloane appeared before Magistrate Judge Alexander F. MacKinnon in the U.S. District Court for the Central District of California in relation to the complaint pending in this matter. During that appearance Judge MacKinnon set his bail, ordered his conditions of release, and ordered Mr. Sloane to surrender his passport. Judge MacKinnon also ordered Mr. Sloane to appear in the District of Massachusetts on March 29, 2019 for an initial appearance in this matter.

2. On March 20, 2019, Mr. Sloane filed a motion to continue his initial appearance in this Court. The Court granted that motion on March 22, 2019 and set Mr. Sloane's initial appearance for April 3, 2019 at 2:30 p.m.

3. Mr. Sloane has no issue with his release conditions as they were imposed by Judge MacKinnon on March 12, 2019, and he is not seeking to modify them. Mr. Sloane is in full compliance with those release conditions and is in good standing with the Pretrial Services Office.

4. Mr. Sloane and the Government are currently in discussions that are calculated to resolve this matter without a trial and reasonably expect that will occur.

5. Mr. Sloane waives his right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

6. The Government is aware of this request and takes no position on this motion.

WHEREFORE, Mr. Sloane respectfully requests that this motion be ALLOWED, and that this Court continue his initial appearance in this matter to April 12, 2019 or such other date thereafter as is convenient for the Court.

Respectfully submitted,
DEVIN SLOANE.

By his attorneys,

/s/ *A. John Pappalardo*
A. John Pappalardo (BBO# 338760)
Greenberg Traurig, LLP
One International Place
Boston, Massachusetts 02110
pappalardoj@gtlaw.com
Tel: (617) 310-6000
Fax: (617) 310-6001

        Nathan J. Hochman (*Pro Hac Vice*)
        Morgan Lewis & Bockius, LLP
        2049 Century Park East, Suite 700
        Los Angeles, California, 90067
        nathan.hochman@morganlewis.com
        Tel: (310) 255-9025
        Fax: (310) 907-2000

        Sandra R. Brown-Bodner (*Pro Hac Vice*)
        Hochman Salkin Toscher Perez, P.C.
        9150 Wilshire Boulevard, Suite 300
        Beverly Hills, California 90212
        brown@taxlitigator.com
        Tel: (310) 281-3200
        Fax: (310) 859-1430

DATED: April 2, 2019

## LOCAL RULE 7.1(A)(2)

      I hereby certify that counsel for defendant met and conferred with opposing counsel in a good faith effort to narrow or resolve the issues presented herein, and opposing counsel states that it takes no position.

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

      /s/ *A. John Pappalardo*